Jackson, *ex dem.* Aikins and others, *against* Bankcraft.

E. WILLIAMS, for the defendant, moved for a commission to take the examination of witnesses ; and also to strike out the names of *Rogers* and *Aikins*, two of the lessors of the plaintiff, on an affidavit stating that they were dead.

*Hopkins*, contra, objected, that the cause was not stated to be at issue; and read an affidavit, that *Aikins*, one of the lessors of the plaintiff, alleged to be dead, was believed to be living.

*Per Curiam.* The rule for a commission must be denied ; but we grant the rule to strike out the name of *Rogers*, one of the lessors of the plaintiff. The practice of inserting the names of persons as lessors of the plaintiff in ejectment, unnecessarily, is often abused, and ought to be restrained. And, considering the remote situation of the attorney of the plaintiff, we grant him leave until the next term, to produce a further affidavit as to *Aikins*.

Rule refused.

A rule for a commission is not granted until after issue joined. in the cause. Where the names of persons who are dead are inserted as lessors of the plaintiff in an action of ejectment, the court will order them to be struck out of the declaration.